## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY, KATHRYN KOCUREK Individually and on behalf of the Estate of J. DAVID KOCUREK, PH.D., LANA BARNES Individually and on behalf of the Estate of AL BARNES, AMY HANNEKEN, JANE POWELL, CAROL FISCH, CHRISTOPHER VALERIO, STEVEN WARD, RANDY SYKES, BRIENNA REED, ROSETTA FULLER, ADRIANA MONTEIRO MOREIRA, JESSICA MCKINNIE, KRISTINE WOODARD, GAIL MEADS, DR. MICHAEL FUNDENBERGER, GAYLE CLARKE, ALLISON LYNN CARUANA, CHLOE LOHMEYER, MAX SHINDLER, TAWNYA DAWN SMITH, Individually and as Next Friend of MONET PITRE, MIKE PEACHER, Individually and as Next Friend of ASHLEIGH PEACHER, ALARIE BOWERMAN, Individually and as Next Friend of ELISA BOWERMAN, EMORY BOWERMAN, and ANAIS BOWERMAN, <br><br>Plaintiffs<br><br>v.<br><br>INFECTIOUS DISEASES SOCIETY OF AMERICA, BLUE CROSS AND BLUE SHIELD ASSOCIATION, ANTHEM, INC., BLUE CROSS AND BLUE SHIELD OF TEXAS, AETNA INC., CIGNA CORPORATION, KAISER PERMANENTE, INC., UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTH GROUP INCORPORATED, DR. GARY P. WORMSER, DR. RAYMOND J. DATTWYLER, DR. EUGENE SHAPIRO, DR. JOHN J. HALPERIN, DR. ROBERT B. NADELMAN, DR. LEONARD SIGAL, AND DR. ALLEN STEERE,<br><br>Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 5:17-cv-00190-RWS<br>JURY DEMANDED |

**DEFENDANT BLUE CROSS AND BLUE SHIELD OF TEXAS'**
**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

Defendant, Blue Cross and Blue Shield of Texas, a division of Health Care Service Corporation, a Mutual Legal Reserve Company (hereinafter "Defendant BCBSTX") files this Notice of Appearance and Designation of Lead Counsel for Martin J. Bishop and hereby notifies the Court that Martin J. Bishop of the law firm Reed Smith LLP, 811 Main Street, Suite 1700, Houston, Texas 77002 is appearing as counsel for Defendant, BCBSTX. Further, Martin J. Bishop should be designated as lead counsel for Defendant BCBSTX. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Respectfully Submitted,

Dated: November 29, 2017        By: */s/ Martin J. Bishop*
                                Martin J. Bishop
                                State Bar Number: 24086915
                                Reed Smith LLP
                                811 Main Street, Suite 1700
                                Houston, TX 77002-6110
                                Telephone: (312) 207-1000
                                Facsimile: (312) 207-6400
                                mbishop@reedsmith.com

*Attorneys for Blue Cross and Blue Shield of Texas, a division of Health Care Service Corporation, a Mutual Legal Reserve Company*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 29, 2017.

*/s/ Martin J. Bishop*
Martin J. Bishop