**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| LISA TORREY, et al., § § § Plaintiffs, § § v. § § INFECTIOUS DISEASES SOCIETY OF § AMERICA, et al., § § § Defendants. § | CIVIL ACTION NO. 5:17-CV-00190-RWS |

## **ORDER**

Before the Court are the Joint Motion for Entry of Disputed Docket Control Order (Docket No. 52), Defendants' Motion to Amend Docket Control Order (Docket No. 53), and Joint Motion for Entry of Disputed Discovery Order (Docket No. 54).  The Court heard arguments on the motions at the scheduling conference on April 19, 2018 (Docket No. 62).  For the reasons explained during the scheduling conference, the Court **RESETS** the trial setting in this case for June 2019 and **DENIES AS MOOT** the above-referenced motions (Docket Nos. 52, 53, 54).

The parties are **ORDERED** to resubmit, within **seven (7) days** from the date of this order, a joint proposed docket control order incorporating the following schedule of deadlines:

| | |
|---|---|
| Jury Trial: | June 24, 2019 at 9:00 a.m. |
| Jury Selection: | June 17, 2019 at 9:00 a.m. |
| Pre-Trial Conference: | June 4, 2019 at 10:00 a.m. |
| Dispositive Motions Deadline: | April 9, 2019 |

The parties are further **ORDERED** to resubmit, within **seven (7) days** from the date of this order, a joint proposed discovery order consistent with the Court's oral rulings at the scheduling conference.

**SIGNED this 23rd day of April, 2018.**

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE