UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY, et al., | § § § | |
| Plaintiffs | § § | Civil Action No. 5:17-cv-00190-RWS |
| v. | § § | |
| INFECTIOUS DISEASES SOCIETY OF AMERICA, et al., | § § § | |
| Defendants | § § § | |

**JOINT REPORT OF THE PARTIES IN ADVANCE OF
MARCH 11, 2019 MOTIONS HEARING**

The Court has set a motions hearing for March 11, 2019. Pursuant to this Court's standing order requiring the parties to further meet and confer in advance of a hearing on discovery motions, the parties jointly submit this report.

## I. DISCOVERY MOTIONS[1]

### A. Plaintiffs' Motion to Compel Discovery [Dkt. 138]

The parties remain at impasse. This motion will be impacted by and should be considered in conjunction with Plaintiffs' Motion for Extension of Time to Replead [Dkt. 123]. Furthermore, Defendants' Motion to Compel Depositions and Damages Computations [Dkt. 146] may involve overlapping issues.

### B. Defendants' Motion to Compel Depositions and Damages Computations [Dkt. 146]

The parties remain at an impasse regarding Plaintiffs' depositions and damages computations. The impasse remains as a result of the parties' dispute about application of the four-year discovery period in the Court's Discovery Order [Dkt. 81], which has been briefed in connection with Plaintiffs' Motion to Compel Discovery [Dkt. 138]. Plaintiffs have offered to appear for their noticed depositions if Defendants agree in advance that Plaintiffs may question any Defendant witnesses regarding information beyond four years. Defendants have not agreed and Plaintiffs refused to appear for their noticed depositions if they were subject to questioning beyond four years. The parties have agreed that, if Defendants seek a second deposition of any Plaintiff, Defendants will seek leave of the Court.

---

[1] The Parties also met and conferred but remained at impasse on the following motions: Plaintiffs' Opposed Motion for Extension of Time to Replead [Dkt. 123]. Plaintiffs' Motion to Continue [Dkt. 148] also is pending.

**JOINT REPORT IN ADVANCE OF MOTIONS HEARING**
**Page 1**

    **C.**    **Defendants' Motion to Compel E-Mail Discovery [Dkt. 152]**

The parties have agreed regarding appropriate search terms. Therefore, this Motion is resolved and does not need to be considered at the hearing.

    **D.**    **Motion for Independent Medical Examinations by Anthem, IDSA, and Defendant Doctors [Dkt. 154]**

The parties remain at impasse but may conduct a further meet and confer after Plaintiffs file their opposition brief.

**II.**    **PROPOSED MOTION ORDER FOR HEARING**

Because some motions are interrelated and address overlapping issues, the parties believe that hearing the pending motions in the following order would be most efficient, with motions 1-3 argued together:

1. Plaintiffs' Opposed Motion for Extension of Time to Replead [Dkt. 123]

2. Plaintiffs' Motion to Compel Discovery [Dkt. 138]

3. Plaintiffs' Motion to Continue [Dkt. 148]

4. Defendants' Mtn. to Compel Deposition Dates and Damages Computations [Dkt. 146]

5. Mtn. for Independent Medical Examinations by Anthem, IDSA, et al. [Dkt. 154]

6. Defendant Doctors' Renewed Mtn. to Dismiss for Lack of Pers. Juris. [Dkt. 151]

| | |
|---|---|
| Respectfully submitted, | SHRADER & ASSOCIATES, LLP<br><br>BY: */s/ Eugene Egdorf*<br>    EUGENE EGDORF<br>    State Bar No. 06479570<br>3900 Essex Lane, Suite 390,<br>Houston, TX 77027<br>(713) 782-0000 phone<br>(713) 571-9605 fax<br>E-mail: gene@shraderlaw.com<br><br>BY: */s/ Lance Lee*<br>    LANCE LEE<br>    Texas Bar No. 24004762<br>5511 Plaza Drive<br>Texarkana, Texas 75503<br>Telephone: 903.223.0276<br>Fax: 903.223.0210<br>Email: wlancelee@gmail.com<br><br>RUSTY HARDIN & ASSOCIATES, LLP<br><br>BY: */s/ Ryan Higgins*<br>    RYAN HIGGINS<br>    State Bar No. 24007362<br>1401 McKinney St., Suite 2250<br>Houston, Texas 77010<br>(713) 652-9000 phone<br>(713) 652-9800 fax<br>Email: rhiggins@rustyhardin.com<br><br>RUSTY HARDIN & ASSOCIATES, LLP<br><br>BY: */s/ Daniel R. Dutko*<br>    DANIEL R. DUTKO<br>    State Bar No. 24054206<br>1401 McKinney St., Suite 2250<br>Houston, Texas 77010<br>(713) 652-9000 phone<br>(713) 652-9800 fax<br>E-mail: ddutko@rustyhardin.com<br><br><br>ATTORNEYS FOR PLAINTIFFS |

**JOINT REPORT IN ADVANCE OF MOTIONS HEARING**
**Page 3**

| | |
|---|---|
| BAKER BOTTS L.L.P.<br><br>By: s/ Earl B. Austin<br>    Earl B. Austin - *Lead Attorney*<br>    Texas Bar No. 01437300<br><br>30 Rockefeller Plaza<br>New York, New York 10112<br>Phone: (212) 408-2564<br>Fax: (212) 259-2564<br>Email: earl.austin@bakerbotts.com<br><br>John B. Lawrence<br>Texas Bar No. 24055825<br><br>2001 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>Phone: (214) 953-6873<br>Fax: (214) 661-6873<br>Email: john.lawrence@bakerbotts.com<br><br>Matthew G. Sheridan<br>Texas Bar No. 24088404<br>910 Louisiana Street<br>Houston, Texas 77002<br>Phone: (713) 229-1568<br>Fax: (713) 229-7968<br>Email: matthew.sheridan@bakerbotts.com<br><br>HALTOM & DOAN<br><br>Jennifer H. Doan<br>Texas Bar No. 08809050<br>J. Randy Roeser<br>Texas Bar No. 24089377<br>6500 Summerhill Road, Suite 100<br>Texarkana, TX 75503<br>Telephone: 903.255.1000<br>Facsimile: 903.255.0800<br>Email: jdoan@haltomdoan.com<br>Email: rroeser@haltomdoan.com<br><br>***ATTORNEYS FOR DEFENDANT AETNA INC.*** | REED SMITH LLP<br><br>BY: /s/ Peter J. Chassman<br>     Martin James Bishop<br>     Texas Bar No. 24086915<br>     Peter John Chassman<br>     Texas Bar No. 00787233<br><br>811 Main Street, Suite 1700<br>Houston, TX 77002<br>Phone: (713) 469-3885<br>Fax: (713) 469-3899<br>Email: mbishop@reedsmith.com<br>Email: pchassman@reedsmith.com<br><br>Debra H. Dermody (*pro hac vice*)<br>William J. Sheridan (*pro hac vice*)<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222-2716<br>Phone: (412) 288-3131<br>Fax: (412) 288-3063<br>Email: ddermody@reedsmith.com<br>Email: wsheridan@reedsmith.com<br><br>***ATTORNEYS FOR DEFENDANT BLUE CROSS AND BLUE SHIELD OF TEXAS*** |

| | |
|---|---|
| FOLEY & LARDNER LLP – LOS ANGELES<br><br>BY: /s/ Kimberly A. Klinsport<br>      KIMBERLY A. KLINSPORT<br>      Texas Bar No. 24096073<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071-2411<br>Phone: (213) 972-4500<br>Fax: (213) 486-0065<br>E-mail: kklinsport@foley.com<br><br>FOLEY & LARDNER LLP - BOSTON<br><br>Michael J. Tuteur<br>(Admitted to E.D. Tex.)<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199-7610<br>Phone: (617) 342-4000<br>Fax: (617) 342-4001<br>Email: mtuteur@foley.com<br><br>FOLEY & LARDNER LLP – SAN FRANCISCO<br><br>Eileen R. Ridley<br>(Admitted to E.D. Tex.)<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>Phone: (415) 434-4484<br>Fax: (415) 434-4507<br>Email: eridley@foley.com<br><br><br>***ATTORNEYS FOR DEFENDANT ANTHEM, INC.*** | MORGAN, LEWIS & BOCKIUS LLP<br><br>BY: /s/ R. Brendan Fee<br>      R. Brendan Fee (*pro hac vice*)<br>brendan.fee@morganlewis.com<br>Amy M. Dudash (*pro hac vice*)<br>amy.dudash@morganlewis.com<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Phone: (215) 963-5000<br>Fax: (215) 963-5001<br><br>Crystal R. Axelrod<br>Texas Bar No. 24078170<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Phone: (713) 890-5000<br>Fax: (713) 890-5001<br>Email: crystal.axelrod@morganlewis.com<br><br>***ATTORNEYS FOR DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY, IMPROPERLY SUED AS CIGNA CORPORATION*** |

| | |
|---|---|
| HOGAN LOVELLS US LLP<br><br>By: /s/ Benjamin F. Holt<br>BENJAMIN F. HOLT<br>*Admitted pro hac vice*<br>Virginia Bar No. 48388<br>D.C. Bar No. 483122<br>Benjamin.Holt@HoganLovells.com<br>HOGAN LOVELLS US LLP<br>555 13th Street, NW<br>Washington, D.C. 20004<br>Phone:  (202) 637-5600<br>Fax:  (202) 637-5910<br><br>Matthew J. Piehl<br>*Admitted pro hac vice*<br>Virginia Bar No. 82518<br>D.C. Bar No. 1008726<br>Minnesota Bar No. 395942<br>Matthew.Piehl@HoganLovells.com<br>HOGAN LOVELLS US LLP<br>80 South Eighth Street<br>Suite 1225<br>Minneapolis, MN 55402<br>Phone:  (612) 402-3000<br>Fax:  (612) 339-5167<br><br>Michael E. Jones<br>Texas SBN 10929400<br>mikejones@potterminton.com<br>POTTER MINTON, P.C.<br>110 North College, Ste. 500<br>Tyler, Texas 75702<br>Phone: (903) 597-8311<br>Fax: (903) 593-0846<br><br>***ATTORNEYS FOR DEFENDANTS***<br>***UNITED HEALTHCARE SERVICES INC.***<br>***AND***<br>***UNITEDHEALTH GROUP***<br>***INCORPORATED*** | KIRKLAND & ELLIS LLP<br><br>BY: /s/ Daniel E. Laytin<br>    DANIEL E. LAYTIN<br>    (Admitted pro hac vice)<br><br>BY: /s/ Sarah J. Donnell<br>    SARAH J. DONNELL<br>    (Admitted pro hac vice)<br>300 N. LaSalle<br>Chicago, IL 6065<br>Phone: (312) 862-2000<br>Fax: (312) 862-2200<br>Email: dlaytin@kirkland.com<br><br>***ATTORNEYS FOR DEFENDANT***<br>***BLUE CROSS AND BLUE SHIELD***<br>***ASSOCIATION*** |

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>/s/ Ronald Casey Low<br>RONALD CASEY LOW<br>State Bar No. 24041363<br>401 Congress Avenue, Suite 1700<br>Austin, TX 78701<br>Phone:  (512) 580-9616<br>Fax:  (512) 580-9601<br>Email: casey.low@pillsburylaw.com<br><br>Alvin Dunn – Lead Attorney [I am checking with Casey Low on the formatting of our signature block.]<br>Admitted Pro Hac Vice<br>1200 Seventeenth St. NW<br>Washington, D.C. 20036<br>Tel: (202) 663-8000<br>Fax: (202) 663-8007<br>Email: alvin.dunn@pillsburylaw.com<br><br>***ATTORNEYS FOR DEFENDANTS INFECTIOUS DISEASES SOCIETY OF AMERICA, DR. GARY P. WORMSER, DR. RAYMOND J. DATTWYLER, DR. EUGENE SHAPIRO, DR. JOHN J. HALPERIN, DR. LEONARD SIGAL, AND DR. ALLEN STEERE*** | COOPER & SCULLY, P.C.<br><br>BY:  /s/ Derek S. Davis<br>      DEREK S. DAVIS<br>      State Bar No. 00793591<br>      JOHN SCULLY<br>      State Bar No: 17936500<br><br>900 Jackson Street, Suite 100<br>Dallas, Texas 75202<br>Phone: (214) 712-9500<br>Fax: (214) 712-9540<br>Email: derek.davis@cooperscully.com<br>Email: john.scully@cooperscully.com<br><br>***ATTORNEYS FOR DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC. improperly served as KAISER PERMANENTE, INC.*** |

**JOINT REPORT IN ADVANCE OF MOTIONS HEARING**
**Page 7**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing document has been served on March 4, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per local rule CV-5(a)(3).

                                         */s/ Matthew G. Sheridan*
                                         Matthew G. Sheridan