# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| LISA TORREY, ET AL., | § | |
| Plaintiffs, | § | |
| V. | § | |
| | § | |
| INFECTIOUS DISEASES SOCIETY OF | § | A-18-MC-525-RP |
| AMERICA; ET AL., | § | |
| Defendants. | § | |
| | § | |

**ORDER**

Before the court is Non-Party Texas Medical Board's Opposed Motion to Quash Subpoena to Produce Documents and Notice of Objections (Dkt. #1), filed June 22, 2018.[1]

The Local Rules require that "A response to a nondispositive motion shall be filed not later than 7 days after the filing of the motion. If there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed." L.R. CV-7(e)(2). Response to the motion was due by June 29, 2018, but no response has been filed. *See id.*; FED. R. CIV. P. 5, 6.

Accordingly, the court **GRANTS** the motion as unopposed and **QUASHES** the subpoena. The case should now be **CLOSED**.

SIGNED July 2, 2018

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion was referred to the undersigned for disposition by the United States District Judge pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of the Local Rules of the United States District Court for the Western District of Texas.