UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY, et al., | § § § | |
| Plaintiffs | § § | Civil Action No. 5:17-cv-00190-RWS |
| v. | § § | JURY TRIAL DEMANDED |
| INFECTIOUS DISEASES SOCIETY OF AMERICA, et al., | § § § § | |
| Defendants | § § | |

## ORDER

Before the Court is the Joint Motion to Stay Deadlines and Notice of Settlement between Plaintiffs and Anthem, Inc. ("Anthem") (Docket No. 289). The Court is of the opinion that the motion should be **GRANTED.** It is therefore

**ORDERED** that all deadlines between Plaintiffs and Anthem are **STAYED** for 30 days from the date of this order, pending the parties' submission of appropriate dismissal papers. This Order will not impact the status of or deadlines concerning any other defendant in the case.

**So ORDERED and SIGNED this 25th day of February, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE