IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TORREY, et al | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 5:17-cv-00190-RWS |
| | § | |
| INFECTIOUS DISEASES SOCIETY OF AMERICA et al | § § | |
|     *Defendants.* | § | |

## AMENDED REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Tuesday, November 12, 2019, between Plaintiffs and Defendant Blue Cross and Blue Shield Association. The undersigned mediator filed a suspended report on November 26, 2019. After additional follow up between Plaintiffs and Defendant Blue Cross and Blue Shield Association, counsel, and the undersigned mediator, a settlement has been reached.

Signed this 14th day of October 2020.

                                                    */s/ David Folsom*
                                                  David Folsom
                                                  TXBN: 07210800
                                                  JACKSON WALKER, LLP
                                                  6002-B Summerfield Drive
                                                  Texarkana, Texas  75503
                                                  Telephone: (903) 255-3250
                                                  Facsimile:  (903) 255-3265
                                                  E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 14th day of October 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                  */s/ David Folsom*
                                                  David Folsom