# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO.  5:17-CV-00190-RWS |

## ORDER

Before the Court is Plaintiffs and Defendant Blue Cross and Blue Shield Association's Joint Motion to Extend Stay of All Deadlines (Docket No. 366).  Having considered the motion, the Court is of the opinion that good cause exists to extend the stay of all deadlines as to these parties for 30 days.  The motion is thus **GRANTED AS MODIFIED**.  Accordingly, it is

**ORDERED** that the stay of all existing deadlines between Plaintiffs and Defendant Blue Cross and Blue Shield Association is extended until **March 24, 2021**.

**SIGNED this 22nd day of February, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE