# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INFECTIOUS DISEASES SOCIETY OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 5:17-cv-00190-RWS |

## ORDER

Before the Court is Plaintiffs' and Defendant Blue Cross and Blue Shield Association's Joint Motion to Extend Stay of All Deadlines.  Docket No. 390.  Having considered the motion, and because it is jointly made, the Court is of the opinion that the motion should be **GRANTED**.  It is therefore

**ORDERED** that the stay of all existing deadlines between the Parties set forth in the Court's Amended Docket Control Order (Dkt. 309) be extended until and including April 24, 2021.

**So ORDERED and SIGNED this 25th day of March, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE