**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| LISA TORREY, *et al.*, | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:17-CV-00190-RWS |
| v. | § § § | |
| INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*, | § § § | |
| Defendants. | § § § | |

## **ORDER**

Before the Court is the parties' Joint Motion to Continue Pre-Trial Deadlines and to Amend Docket Control Order. Docket No. 394. The parties request that the Court continue all pretrial and trial deadlines because the Court reset the videoconference hearing on several motions, including Defendants' opposed motion to stay (Docket No. 359), from April 8, 2021, to April 23, 2021. Docket No. 393. The Court previously continued the expert witness and expert discovery deadlines to "To Be Determined After April 8, 2021 Hearing" and with respect to the deadline for completing independent medical examinations, entered in the Docket Control Order that "[t]he parties have agreed to STAY this deadline." Docket No. 376. Having considered the motion, the Court is of the opinion that it should be **GRANTED-IN-PART**. The deadlines that are currently set for before the April 23 hearing should be continued until after the hearing. Accordingly, it is

**ORDERED** that deadlines for the parties to designate expert witnesses, exchange expert reports and identify trial witnesses, as well as the deadline for expert discovery, is to be determined after the April 23 hearing.

**So ORDERED and SIGNED this 14th day of April, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE