IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, et al | § |
| | § |
| V. | §    CIVIL NO. 5:17cv190 |
| | § |
| INFECTIOUS DISEASES SOCIETY OF AMERICA, et al | § |

MINUTES FOR MOTIONS HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 23, 2021

OPEN: 10:03 a.m.                                                        ADJOURN: 12:47 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Daniel Dutko, Eugene Egdorf, Ryan Higgins and Lance Lee |
| ATTORNEYS FOR DEFENDANTS: | Alvin Dunn, Benjamin Holt, Randy Rouser, Kathryn Shoemaker and Michael Warley |
| LAW CLERK: | Elizabeth Connors |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Kate McAlpine |

(via video conference)

| | |
|---|---|
| 10:03 a.m. | Off-record discussion |
| 10:11 a.m. | Case called; Parties introduce themselves and announce ready; Court welcomes everyone and gives preliminary statements and review of motions to be heard |
| 10:14 a.m. | Alvin Dunn argues summary judgment motions |
| 10:30 a.m. | Court advises that order on joint stipulation of dismissal will be entered today |

| | |
|---|---|
| 10:31 a.m. | Daniel Dutko responds to summary judgment motions argument |
| 10:40 a.m. | Court questions re insurance companies denial of treatment claims; Mr. Dutko responds |
| 10:42 a.m. | Court questions re appeals; Mr. Dutko responds |
| 10:49 a.m. | Court questions re market; Mr. Dutko responds; Court questions re cases; Mr. Dutko responds |
| 10:53 a.m. | Court questions re destroyed or not produced documents; Mr. Dutko responds; Court questions re no motion to compel; Mr. Dutko responds; Court questions re first time aware; Mr. Dutko responds; Court addresses response; Mr. Dutko responds; Lance Lee responds re document production |
| 11:05 a.m. | Court questions re RICO claims; Mr. Dutko responds |
| 11:08 a.m. | Mr. Dunn responds |
| 11:10 a.m. | Court questions re Connecticut Attorney General documents; Mr. Dunn responds |
| 11:21 a.m. | Recess |
| 11:33 a.m. | Mr. Dunn argues motion to dismiss |
| 11:52 a.m. | Mr. Dutko responds to motion to dismiss argument |
| 12:01 p.m. | Mr. Dunn responds |
| 12:07 p.m. | Court questions re motion to stay; Mr. Dutko responds; Mr. Dunn responds; Court responds; Mr. Dutko responds; Mr. Dunn responds it can be treated as moot; Eugene Egdorf responds; Court asks parties to meet and confer and provide response in 14 days; Mr. Egdorf responds; Mr. Dunn responds |
| 12:19 p.m. | Mr. Dunn argues motion for sanctions |
| 12:26 p.m. | Mr. Lee responds to motion for sanctions argument |
| 12:38 p.m. | Mr. Dunn responds |
| 12:40 p.m. | Court questions re prior hearing requests and order; Mr. Dunn responds |
| 12:43 p.m. | Mr. Egdorf comments re settlements and release documents; Benjamin Holt responds; Randy Rouser responds |

12:47 p.m.	Adjourn