IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>INFECTIOUS DISEASES SOCIETY OF AMERICA, et al.,<br><br>      Defendants. | Civil Action No. 5:17-cv-00190-RWS |

**JOINT REPORT OF THE PARTIES FOLLOWING
MOTIONS HEARING ON APRIL 23, 2021**

On April 23, 2021, the Court heard argument on motions, including a Motion to Stay (Dkt. 359) filed by Defendants Infectious Diseases Society of America ("IDSA") and Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin, Dr. Leonard Sigal, and Dr. Allen Steere (collectively, the "Doctors").[1]

During the hearing, the Court ordered the parties to meet and confer within 14 days and provide a response to the Court.  The parties hereby submit this Joint Report.

**I.     AGREEMENT OF THE PARTIES**

The parties agree that if any claims remain after the Court rules on the pending motions, it would not be feasible to begin the trial on September 27, 2021.

**II.    POSITION OF PLAINTIFFS**

Plaintiffs do not agree to a stay while dispositive motions are being considered.

---

[1] On April 22, 2021, Plaintiffs and IDSA and the Doctors filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 396) requesting that the Court dismiss with prejudice Plaintiffs' RICO and antitrust claims against the Doctors and Plaintiffs' RICO claims against IDSA.

Plaintiffs believe the case could be ready for a trial in December 2021.

Plaintiffs will within 45 days supplement their mandatory disclosures (including damages computations), document productions, and interrogatory responses with respect to their new misrepresentation claims.

Plaintiffs believe that fact discovery on their new misrepresentation claims could be completed within 60 days after Plaintiffs complete supplementation of their mandatory disclosures, document productions, and interrogatory responses.

Plaintiffs will not seek any additional fact discovery on their antitrust or their new misrepresentation claims unless the Court grants Plaintiffs' Motion to Compel (Dkt. 402), in which case any additional fact discovery would be governed by the Court's order on Plaintiffs' Motion to Compel.

### III. POSITION OF IDSA

IDSA believes a stay is warranted until the Court rules on IDSA's pending motions for summary judgment and to dismiss or strike.

If Plaintiffs' new misrepresentation claims survive, IDSA does not believe that a trial in December 2021 is possible due to the extensive amount of fact discovery that would be required to address Plaintiffs' new misrepresentation claims, which assert that unnamed nonparty doctors, in reliance on the IDSA Lyme disease guidelines, failed to diagnose and properly treat Plaintiffs' so-called chronic Lyme disease.  Lead Plaintiff Lisa Torrey alone alleges that she "visited more than 36 doctors before she was properly diagnosed with Lyme disease."  Dkt. 361 ¶ 123.  IDSA cannot estimate how long such discovery would take because Plaintiffs have not yet supplemented their mandatory disclosures (including damages computations), document

productions, and interrogatory responses but believes it could take more than six months and perhaps over a year.

IDSA appreciates that the Court usually will not stay discovery while dispositive motions are pending but contends that a stay is warranted under these unique circumstances. Plaintiffs have brought brand-new claims at the end of discovery that raise new liability and damages theories and involve significant numbers of nonparties. IDSA should not be forced to incur the substantial costs of additional discovery on those claims unless the Court determines that the claims may proceed. These discovery costs are the very prejudice that is the subject of the motions to stay and strike.

## CONCLUSION

The parties have outstanding areas of disagreement regarding the resolution of the Motion to Stay and respectfully request that the Court rule on the areas of dispute.

Dated: May 7, 2021                                                               Respectfully submitted,

| SHRADER & ASSOCIATES, LLP | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|---|---|
| BY: */s/Eugene Egdorf* <br> EUGENE EGDORF <br> State Bar No. 06479570 <br> 3900 Essex Lane, Suite 390, <br> Houston, TX 77027 <br> (713) 782-0000 phone <br> (713) 571-9605 fax <br> E-mail: gene@shraderlaw.com <br><br> -and- <br><br> BY: */s/ Lance Lee* <br> LANCE LEE <br> Texas Bar No. 24004762 <br> 5511 Plaza Drive <br> Texarkana, Texas 75503 <br> Telephone: 903.223.0276 <br> Fax: 903.223.0210 | BY: */s/ Casey Low* <br> RONALD CASEY LOW <br><br> Ronald Casey Low <br> State Bar No. 24041363 <br> 401 Congress Avenue, Suite 1700 <br> Austin, TX 78701 <br> Phone: (512) 580-9616 <br> Fax: (512) 580-9601 <br> Email: casey.low@pillsburylaw.com <br><br> Alvin Dunn – *Lead Attorney* <br> (*pro hac vice*) <br> Michael A. Warley (*pro hac vice*) <br> 1200 Seventeenth St. NW <br> Washington, D.C. 20036 <br> Tel: (202) 663-8000 |

3

Email: wlancelee@gmail.com

-and-

RUSTY HARDIN & ASSOCIATES, LLP

BY: */s/ Ryan Higgins*
RYAN HIGGINS
State Bar No. 24007362
1401 McKinney St., Suite 2250
Houston, Texas 77010
(713) 652-9000 phone
(713) 652-9800 fax
Email: rhiggins@rustyhardin.com

-and-

RUSTY HARDIN & ASSOCIATES, LLP

BY: */s/ Daniel Dutko*
DANIEL R. DUTKO
State Bar No. 24054206
1401 McKinney St., Suite 2250
Houston, Texas 77010
(713) 652-9000 phone
(713) 652-9800 fax
E-mail: ddutko@rustyhardin.com

***ATTORNEYS FOR PLAINTIFFS***

Fax: (202) 663-8007
Email: alvin.dunn@pillsburylaw.com

***ATTORNEYS FOR DEFENDANTS INFECTIOUS DISEASES SOCIETY OF AMERICA, DR. GARY P. WORMSER, DR. RAYMOND J. DATTWYLER, DR. EUGENE SHAPIRO, DR. JOHN J. HALPERIN, DR. LEONARD SIGAL, AND DR. ALLEN STEERE***

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Joint Report was served on May 7, 2021 to all counsel of record through the Court's CM/ECF system.

/s/ *Casey Low*
Casey Low