IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:17-cv-00190-RWS |
| | § | |
| INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## JOINT NOTICE

Pursuant to the Court's Order dated September 20, 2021 (Dkt. 408), which was filed under seal, the undersigned parties hereby notify the Court that no parties have any proposed redactions to the Court's Order dated September 20, 2021 (Dkt. 408), such that the Court may file as the public version the Court's Order dated September 20, 2021 (Dkt. 408) without any redactions.

Dated: September 27, 2021

                                  Respectfully submitted,

                                  SHRADER & ASSOCIATES, LLP

                                  BY:  */s/ Eugene Egdorf*
                                  EUGENE EGDORF
                                  State Bar No. 06479570
                                  3900 Essex Lane, Suite 390,
                                  Houston, TX 77027
                                  (713) 782-0000 phone
                                  (713) 571-9605 fax
                                  E-mail: gene@shraderlaw.com

BY: /s/ Lance Lee
LANCE LEE
State Bar No. 24004762
5511 Plaza Drive
Texarkana, Texas 75503
(903) 223-0276 phone
(903) 223-0210 fax
Email: wlancelee@gmail.com

RUSTY HARDIN & ASSOCIATES, LLP

BY:  /s/ Daniel R. Dutko
DANIEL R. DUTKO
State Bar No. 24054206
RYAN HIGGINS
State Bar No. 24007362
1401 McKinney St., Suite 2250
Houston, Texas 77010
(713) 652-9000 phone
(713) 652-9800 fax
Email: ddukto@rustyhardin.com
Email: rhiggins@rustyhardin.com

**ATTORNEYS FOR PLAINTIFFS**

BY:  /s/ Ronald Casey Low
RONALD CASEY LOW

Ronald Casey Low
State Bar No. 24041363
401 Congress Avenue, Suite 1700
Austin, TX 78701
Phone:  (512) 580-9616
Fax:  (512) 580-9601
Email: casey.low@pillsburylaw.com

Alvin Dunn – *Lead Attorney*
(*pro hac vice*)
Michael Warley (*pro hac vice*)
1200 Seventeenth St. NW
Washington, D.C. 20036
Tel:  (202) 663-8000
Fax: (202) 663-8007
Email: alvin.dunn@pillsburylaw.com
Email: michael.warley@pillsburylaw.com

2

**ATTORNEYS FOR DEFENDANTS INFECTIOUS DISEASES SOCIETY OF AMERICA, DR. GARY P. WORMSER, DR. RAYMOND J. DATTWYLER, DR. EUGENE SHAPIRO, DR. JOHN J. HALPERIN, DR. LEONARD SIGAL, AND DR. ALLEN STEERE**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, I electronically filed the foregoing Joint Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

/s/ Ronald C. Low
Ronald C. Low
PILLSBURY WINTHROP SHAW
PITTMAN, LLP - AUSTIN
401 Congress Ave., Suite 1700
Austin, TX 78701