IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*; <br><br> Defendants. | § § § § § § § § § § § § § § § CIVIL ACTION NO.  5:17-CV-00190-RWS |

**ORDER**

Before the Court is the parties' Joint Notice (Docket No. 410) regarding the Court's September 20, 2021 Sealed Order (Docket No. 408).  The parties have agreed that the Court's order may be unsealed in its entirety.  Accordingly, it is

**ORDERED** that the Clerk of the Court unseal the Court's September 20, 2021 Sealed Order (Docket No. 408).

**So ORDERED and SIGNED this 28th day of September, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE