IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY, *et al.*, | § | CIVIL ACTION NO. 5:17-cv-00190-RWS |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*, | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, LISA TORREY, KATHRYN KOCUREK Individually and on behalf of the Estate of J. DAVID KOCUREK, PH.D., AMY HANNEKEN, JANE POWELL, CAROL FISCH, JOHN VALERIO, Individually and as Next Friend of Christopher Valerio, RANDY SYKES, BRIENNA REED, ROSETTA FULLER, ADRIANA MONTEIRO MOREIRA, JESSICA MCKINNIE, KRISTINE WOODARD, GAYLE CLARKE, ALLISON LYNN CARUANA, CHLOE LOHMEYER, TAWNYA DAWN SMITH, Individually and as Next Friend of MONET PITRE, MIKE PEACHER, Individually and as Next Friend of ASHLEIGH PEACHER, ALARIE BOWERMAN, Individually and as Next Friend of ELISA BOWERMAN, EMORY BOWERMAN, and ANAIS BOWERMAN, on behalf of themselves, hereby appeal to the United States District Court of Appeals for the Fifth Circuit from the District Court's order (Docket No. 408), entered in this action on September 20, 2021, in which the District Court dismissed Plaintiffs' negligent and fraudulent misrepresentation claims with prejudice. Dated: October 19, 2021.

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, LLP

BY:    /s/ Daniel R. Dutko
DANIEL R. DUTKO
State Bar No. 24054206
RYAN HIGGINS
State Bar No. 24007362
1401 McKinney St., Suite 2250
Houston, Texas 77010
(713) 652-9000 phone
(713) 652-9800 fax
Email: ddukto@rustyhardin.com
Email: rhiggins@rustyhardin.com

DANIELS & TREDENNICK, PLLC

BY:    /s/ Eugene R. Egdorf
EUGENE R. EGDORF
State Bar No. 06479570
6363 Woodway, Suite 700
Houston, Texas 77057
(713) 917-0024 phone
(713) 917-0026 fax
Email: eugene.egdorf@dtlawyers.com

BY: /s/ Lance Lee
LANCE LEE
State Bar No. 24004762
5511 Plaza Drive
Texarkana, Texas 75503
(903) 223-0276 phone
(903) 223-0210 fax
Email: wlancelee@gmail.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

Alvin Dunn
Michael A. Warley
PILLSBURY WINTHROP SHAW PITTMAN, LLP – WASHINGTON
1200 Seventeenth Street, NW
Washington, D.C. 20036
*-and-*
Ronald C. Low
PILLSBURY WINTHROP SHAW PITTMAN, LLP - AUSTIN
401 Congress Ave., Suite 1700
Austin, TX 78701
***Attorneys for Defendant Infectious Diseases Society of America***

        */s/ Daniel Dutko*
        Daniel R. Dutko