# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 10, 2021
Lyle W. Cayce
Clerk

No. 21-40782

---

Lisa Torrey; Kathryn Kocurek, Individually and *on behalf of* the Estate of J. David Kocurek, Ph.D.; Amy Hanneken; Jane Powell; Carol Fisch; John Valerio, Individually and *as Next Friend of* Christopher Valerio; Randy Sykes; Brienna Reed; Rosetta Fuller; Adriana Monteiro Moreira; Jessica McKinnie; Kristine Woodard; Gayle Clarke; Allison Lynn Caruana; Chloe Lohmeyer; Tawnya Dawn Smith, Individually and *as Next Friend of* Monet Pitre; Mike Peacher, Individually and *as Next Friend of* Ashleigh Peacher; Alarie Bowerman, Individually and *as Next Friend of* Elisa Bowerman, Emory Bowerman and Anais Bowerman,

*Plaintiffs—Appellants*,

*versus*

Infectious Diseases Society of America,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:17-CV-190

---

Before Smith, Higginson, and Willett, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the appellee's opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED but without prejudice to the refiling of a notice of appeal once all parties have been dismissed.