IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY, *et al.*, | § § § | |
| Plaintiffs, | § § § | CIVIL ACTION NO. 5:17-CV-00190-RWS |
| v. | § § | |
| INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant Infectious Diseases Society of America's Motion for Bill of Costs. Docket No. 417. The Court's Standing Order Regarding Bills of Costs require "that before any party files a Motion for Bill of Costs, they should submit their proposed bill of costs to opposing counsel for review in light of the applicable law [and] if there are any areas of disagreement, the parties shall meet, confer, and be prepared to compromise, making every effort to submit an 'agreed' bill of costs to the Court." Standing Order Regarding Bills of Costs for Cases Pending Before Judge Robert Schroeder (effective January 13, 2016). Here, Defendant contends it submitted a proposed bill of costs to Plaintiffs' attorneys on October 5, 2021, and on October 20, 2021, Plaintiffs' attorneys requested additional detail regarding Defendant's proposal. Docket 417 at 1. Defendant asserts that on October 23, 2021, it submitted additional details to Plaintiffs' attorneys regarding its initial proposal, as requested, but Plaintiffs' attorneys did not respond. Docket 417 at 2.

Defendant then filed the instant motion on January 6, 2022. Docket No. 417. Under the Local Rules, "[a] party opposing a motion has fourteen days . . . from the date the motion was

served in which to file a response and any supporting documents." Local Rule CV-7(e). Plaintiffs' response to Defendant's motion, if any, was therefore due on January 21, 2022. Plaintiffs, however, failed to respond by the required date. Accordingly, it is

**ORDERED** that, on or before February 23, 2022, Plaintiffs shall either (1) file a notice stating Plaintiffs agree with Defendant's proposed bill of cost as detailed in Defendant's Motion (Docket No. 417) or (2) file a Motion for Extension of Time to File Plaintiffs' Response in Opposition to Defendant's Motion for Bill of Costs (Docket No. 417).

**So ORDERED and SIGNED this 16th day of February, 2022.**

*[Signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE