IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY et al. § | | |
|    Plaintiffs § | | |
| § | | |
|    v. § | C.A. No.  5:17-cv-00190-RWS | |
| § | | |
| INFECTIOUS DISEASES SOCIETY OF § | JURY DEMANDED | |
| AMERICA et al. § | | |
|    Defendants § | | |

**PLAINTIFFS' NOTICE REGARDING DEFENDANT'S BILL OF COSTS**

COMES NOW Plaintiffs and file this Notice regarding Defendant, the IDSA's bill of costs as set forth in the Court's order dated February 16, 2022 (Dkt 418):

**I.    NOTICE**

Plaintiffs hereby file a notice stating Plaintiffs agree with Defendant's proposed Bill of Cost as detailed in Defendant's Motion. (Dkt 417).

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, LLP

BY:   */s/ Daniel Dutko*
DANIEL R. DUTKO
State Bar No. 24054206
RYAN HIGGINS
State Bar No. 24007362
1401 McKinney St., Suite 2250
Houston, Texas 77010
(713) 652-9000 phone
(713) 652-9800 fax
Email: ddukto@rustyhardin.com
Email: rhiggins@rustyhardin.com

                         DANIELS & TREDENNICK, PLLC

                         BY:   */s/ Eugene Egdorf*
                         EUGENE EGDORF
                         State Bar No. 06479570
                         6363 Woodway, Suite 700
                         Houston, TX 77057
                         (713) 917-0024 phone
                         (713) 917-0026 fax
                         E-mail: eugene.egdorf@dtlawyers.com

                         BY: */s/ Lance Lee*
                         LANCE LEE
                         State Bar No. 24004762
                         5511 Plaza Drive
                         Texarkana, Texas 75503
                         (903) 223-0276 phone
                         (903) 223-0210 fax
                         Email: wlancelee@gmail.com

                         ***ATTORNEYS FOR PLAINTIFFS***


## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

Alvin Dunn
Michael A. Warley
PILLSBURY WINTHROP SHAW PITTMAN, LLP – WASHINGTON
1200 Seventeenth Street, NW
Washington, D.C. 20036
*-and-*
Ronald C. Low
PILLSBURY WINTHROP SHAW PITTMAN, LLP - AUSTIN
401 Congress Ave., Suite 1700
Austin, TX 78701
***Attorneys for Defendants Infectious Diseases Society of America,***
***Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro,***
***Dr. John J. Halperin, Dr. Leonard Sigal, and Dr. Allen Steere***


                         */s/ Daniel Dutko*
                         Daniel R. Dutko