IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, et al § | |
| § | |
| V.                                      § | CIVIL NO. 5:17cv190 |
| § | |
| INFECTIOUS DISEASES SOCIETY OF § | |
| AMERICA, et al                       § | |

MINUTES FOR PROVE UP HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JULY 14, 2022

OPEN: 10:03 a.m.                                                              ADJOURN: 11:06 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Daniel Dutko |
| ATTORNEYS FOR DEFENDANTS: | Pete Chassman, Cameron Ginder, Matt Sheridan, Randy Roeser, Michael Tuteur, William Sheridan, Nicholaus Floyd, James Kuritzkes and Shawn Hassett |
| GUARDIAN AD LITEM: | George Matteson |
| LAW CLERK: | Tracea Rice |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

10:03 a.m.     In Chambers Conference

10:35 a.m.     Case called; parties introduce themselves and announce ready; Court welcomes everyone and gives preliminary statements

10:51 a.m.     Mr. Daniel Dutko calls Valerie Bowerman; witness sworn in

10:51 a.m.     Mr. Dutko begins direct examination of Ms. Bowerman

| | |
|---|---|
| 10:55 a.m. | Mr. Dutko asks the Court to approve the settlement |
| 10:56 a.m. | Mr. George Matteson presents his report to the Court |
| 10:58 a.m. | Court gives process for payment of ad litem fees |
| 10:59 a.m. | Mr. Dutko advises the Court that by agreement of the parties, the payment for his clients will come directly to his firm; Mr. Chassman advises that is correct; Court instructs he will order payment to go directly to Mr. Dutko's firm |
| 11:00 a.m. | Court approves the settlement agreement; Mr. Matteson will file the settlement agreement under seal and a redacted version (amounts); Mr. Dutko addresses the matter of the releases; Mr. Michael Tuteur responds - amounts will be redacted |
| 11:03 a.m. | Court and Mr. Dutko discuss the remaining defendant which is IDSA |
| 11:06 a.m. | Recess |