# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | **Civil Action #5:17-CV-00190-RWS** |

## UNOPPOSED MOTION FOR AWARD OF GUARDIAN AD LITEM FEES

NOW COMES George M. Matteson, guardian ad litem for minor Plaintiffs herein, and for this Unopposed Motion does state:

**1.**　Pursuant the authority provided in Fed. R. Civ. P. 17(c), this Court entered an Order (D.E. No. 335), appointing the undersigned guardian ad litem for three minor Plaintiffs herein, namely A.B., El.B., and Em.B, as related to settlement of the claims against and defenses of the following Defendants ("Settling Defendants"): Kaiser Foundation Health Plan, Inc. (named in this matter as Kaiser Permanente, Inc.) ("Kaiser"); Blue Cross and Blue Shield Association (BCBSA); Cigna Health and Life Insurance Company (named in this matter as Cigna Corporation) ("Cigna"); Blue Cross and Blue Shield of Texas (a division of Health Care Service Corporation ("BCBSTX"); Aetna, Inc., ("Aetna"); Anthem, Inc., ("Anthem"); United Healthcare Services, Inc., and United Healthcare Group Incorporated (the final two entitles are hereinafter collectively referred to as "United").

      **2.**      The guardian ad litem duties have been carried out; including, without, limitation, submission of initial written report to the Court; attendance and participation at a proposed minor settlement review hearing earlier this month; and preparation of an amended report to include additional information requested by the Court for purposes of inclusion upon the Court's docket (redacted and not redacted copies of the amended report have been provided to Plaintiffs' counsel for filing).

      **3.**      Considerable time was invested in performance of the duties, with recognition of some efficiencies due to underlying facts and allegations as relate to the minors herein. Unfortunately, however, a portion of the records of the actual time invested by the undersigned cannot, despite diligent effort, be located. As such, the undersigned proposed, and each Settling Defendant agreed without challenge, a flat fee of $3,000.00 per minor, for a total guardian ad litem fee due of $9,000.00.

      **4.**      Further, Settling Defendants propose, without objection from the undersigned, that guardian ad litem fee payment responsibilities be divided as follows:

| | |
|---|---|
| Kaiser: | $1,285.70 |
| BCBSA: | $1,285.70 |
| Cigna: | $1,285.70 |
| BCBSTX: | $1,285.70 |
| Aetna: | $1,285.70 |
| Anthem: | $1,285.70 |
| United: | $1,285.70 |

THEREFORE, the undersigned guardian ad litem does pray that the Court enter an order discharging and releasing the underlined from further obligation as guardian ad litem herein; awarding guardian ad litem fees herein in the amount of $3,000.00 per minor Plaintiff for a total fee of $9,000.00, to be paid and satisfied by the Settling

Defendants as set forth above; and, for such other relief as my appropriate.

                                            Respectfully Submitted:

                                            Moore, Giles & Matteson, LLP
                                            Post Office Box 2631 (75504)
                                            1206 North State Line Avenue
                                            Texarkana, Arkansas 71854
                                            Tel.: (870) 774-5191
                                            Fax: (870) 773-1102

                                            BY: /s/ George M. Matteson_____
                                                George M. Matteson
                                                Ark. Bar No. 2000096
                                                Texas Bar No. 24068185
                                                Florida Bar No. 12773

## CERTIFICATE OF SERVICE

I, George M. Matteson, hereby certify that the foregoing pleading has been filed on July 22, 2022, using the CM/ECF Filing System, which will provide notice to all parties, or their counsel, of record.

                                            BY: /s/ George M. Matteson
                                                   George M. Matteson

## CERTIFICATE OF CONFERENCE

I, George M. Matteson, do certify that the requirements of Local Rule CV-7(h) have been satisfied as to the matters herein and that the relief requested by this Motion is unopposed. Signed as of this 22nd day of July, 2022.

                                              /s/ George M. Matteson
                                                George M. Matteson