# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY, et al., | § § § | |
| Plaintiffs | § § | Civil Action No. 5:17-cv-00190-RWS |
| v. | § § | JURY TRIAL DEMANDED |
| INFECTIOUS DISEASES SOCIETY OF AMERICA, et al., | § § § | |
| Defendants | § | |

## MOTION TO WITHDRAWAL AS COUNSEL.

COMES NOW Sara Ann Brown, one of the attorneys of record, to request permission to withdraw from representing Defendant, Anthem, Inc. ("Anthem") in this suit.

Sara Ann Brown is departing from Foley & Lardner LLP to join a different law firm. Defendant will continue to be represented by Foley & Lardner LLP. Thus, there is no substitution required of counsel. Withdrawal of Ms. Brown as an attorney of record will not prejudice any party or delay this case in any manner.

For the foregoing reasons, Sara Ann Brown respectfully requests permission to withdraw as an attorney of record for Defendant.

WHEREFORE, Sara Ann Brown respectfully requests this Court enter an order permitting withdrawal from this case.

FOLEY & LARDNER LLP

By: */s/ Sara Ann Brown*
SARA ANN BROWN
Texas Bar No. 24075773
2021 McKinney Ave., Suite 1600
Dallas, TX 75201
Phone: (214) 999 – 4887
Fax: (214) 999 – 3887
sabrown@foley.com

KIMBERLY A. KLINSPORT
Texas Bar No. 24096073
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Phone: (213) 972-4500
Fax: (213) 486-0065
kklinsport@foley.com

MICHAEL J. TUTEUR
(Admitted to E.D. Tex.)
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Phone: (617) 342-4000
Fax: (617) 342-4001
mtuteur@foley.com

EILEEN R. RIDLEY
(Admitted to E.D. Tex.)
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Phone: (415) 434-4484
Fax: (415) 434-4507
eridley@foley.com


MCDOWELL HETHERINGTON LLP

Thomas Hetherington
1001 Fannin Street, Suite 2700
Houston, TX 77002
Phone: 713-337-5580
Fax: 713-337-8850
tom.hetherington@mhllp.com

***Attorneys for Defendant Anthem, Inc.***