IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, *et al.*, § § § Plaintiffs, § § v. § CIVIL ACTION NO. 5:17-CV-00190-RWS § INFECTIOUS DISEASES SOCIETY OF § AMERICA, *et al.*, § § § Defendants. § | |

# ORDER

Before the Court is Guardian *Ad Litem* George M. Matteson's Amended Report Concerning the Minor Plaintiffs' Settlements (Docket No. 439) and the parties' Joint Requests for Dismissal with Prejudice (Docket Nos. 420–24). Upon motion by the Settling Defendants, the Court appointed Mr. Matteson as guardian *ad litem* of the minor Plaintiffs in the above-captioned matter.[1] Docket No. 335. The Plaintiffs later entered into various confidential settlement agreements with each Settling Defendant ("Settlement Agreements"). The Court held a prove-up hearing to evaluate the fairness of each Settlement Agreement as to the minor Plaintiffs. Docket No. 425. The Court also ordered Mr. Matteson to file an amended guardian *ad litem* report to provide additional details concerning the Settlement Agreements.[2]

---

[1] The "Settling Defendants" include (1) Aetna, Inc. ("Aetna"); (2) Anthem, Inc. ("Anthem"); (3) Kaiser Foundation Health Plan, Inc. (named in this matter as Kaiser Permanente, Inc.) ("Kaiser"); (4) Blue Cross and Blue Shield Association (BCBSA); (5) Cigna Health and Life Insurance Company (named in this matter as Cigna Corporation) ("Cigna"); (6) Blue Cross and Blue Shield of Texas ("BCBSTX"); and (7) United Healthcare Services, Inc. and United Healthcare Group Incorporated (collectively "United").

[2] On August 1, 2022, Mr. Matteson was released and discharged from the duties of his appointment as guardian *ad litem*. Docket No. 438.

Having reviewed the amended report and considered the parties' evidence, the Court finds that the Settlement Agreements are fair as to the minor Plaintiffs.  The Court therefore **GRANTS** the parties' joint requests to approve the minor Plaintiffs' Settlement Agreements and dismiss Plaintiffs' claims against the Settling Defendants with prejudice.  Accordingly, it is

**ORDERED** that the Settlement Agreements are **APPROVED** as to the minor Plaintiffs.  It is further

**ORDERED** that Plaintiffs' claims against the Settling Defendants are hereby **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and fees.[3]

**So ORDERED and SIGNED this 7th day of October, 2022.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[3] The Court hereby dismisses Plaintiffs' claims against the following Settling Defendants: Aetna (Docket No. 424), BCBSA (Docket No. 423), BCBSTX (Docket No. 422), Kaiser (Docket No. 421) and United (Docket No. 420).  The Court previously dismissed Plaintiffs' claims against Cigna.  Docket No. 301.