IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 5:17-CV-00190-RWS |

# ORDER

Pursuant to the parties' Joint Stipulation of Dismissal Concerning Infectious Diseases Society of America ("IDSA") and the Doctors[1] (Docket No. 396) and the Court's order approving the minor Plaintiffs' settlement agreements and granting the parties' Joint Requests to Dismiss Plaintiffs' Claims Against the Settling Defendants with Prejudice[2] (Docket Nos. 420–24), the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-titled cause of action is **DISMISSED WITH PREJUDICE**, and with the exception of the Court's Order Granting Defendant IDSA's Motion for Entry of Its

---

[1] The parties stipulate that (1) all Plaintiffs' claims against Defendants Raymond J. Dattwyler, John J. Halperin, Eugene D. Shapiro, Leonard H. Sigal, Allen C. Steere and Gary P. Wormser (collectively, the "Doctors") and (2) Plaintiffs' Racketeer Influenced and Corrupt Organizations Act ("RICO") claims against both IDSA and the Doctors are dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Docket No. 396. Having reviewed the parties' stipulation, the stipulation is hereby accepted by the Court.

[2] The "Settling Defendants" include (1) Aetna, Inc. ("Aetna"); (2) Anthem, Inc. ("Anthem"); (3) Kaiser Foundation Health Plan, Inc. (named in this matter as Kaiser Permanente, Inc.) ("Kaiser"); (4) Blue Cross and Blue Shield Association (BCBSA); (5) Cigna Health and Life Insurance Company (named in this matter as Cigna Corporation) ("Cigna"); (6) Blue Cross and Blue Shield of Texas ("BCBSTX"); and (7) United Healthcare Services, Inc. and United Healthcare Group Incorporated (collectively "United").

Bill of Costs (Docket No. 443), each party shall bear its own remaining costs and fees.  All pending motions are **DENIED-AS-MOOT**.[3]

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 7th day of October, 2022.**

*Robert W Schroeder III* (signature)
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[3] Plaintiffs' Third Amended Complaint alleged four counts of RICO violations and one count of antitrust violations against IDSA, the Doctors and the Settling Defendants.  *See generally*, Docket No. 377.  Plaintiffs further pleaded two misrepresentation claims against only IDSA.  *Id.*  Plaintiffs' antitrust and misrepresentation claims against IDSA were previously dismissed with prejudice.  Docket Nos. 407, 408.  Accordingly, the Court finds that all Plaintiffs' claims have been dismissed with prejudice.