# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 16, 2023
Lyle W. Cayce
Clerk

No. 22-40728

---

LISA TORREY; KATHRYN KOCUREK, *Individually and on behalf of* THE ESTATE OF J. DAVID KOCUREK, PH.D.; AMY HANNEKEN; JANE POWELL; CAROL FISCH; JOHN VALERIO, *Individually and as Next Friend of* CHRISTOPHER VALERIO; RANDY SYKES; BRIENNA REED; ROSETTA FULLER; ADRIANA MONTEIRO MOREIRA; JESSICA MCKINNIE; KRISTINE WOODARD; GAYLE CLARKE; ALLISON LYNN CARUANA; CHLOE LOHMEYER; TAWNYA DAWN SMITH, *Individually and as Next Friend of* MONET PITRE; MIKE PEACHER, *Individually and as Next Friend of* ASHLEIGH PEACHER; ALARIE BOWERMAN, *Individually and as Next Friend of* ELISA BOWERMAN, EMORY BOWERMAN and ANAIS BOWERMAN,

*Plaintiffs—Appellants*,

*versus*

INFECTIOUS DISEASES SOCIETY OF AMERICA,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:17-CV-190

---

Before JONES, STEWART, and DUNCAN, *Circuit Judges*.

JUDGMENT

No. 22-40728

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Dec 08, 2023**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**