# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 08, 2023

Mr. David O'Toole
Eastern District of Texas, Texarkana
United States District Court
500 N. State Line Avenue
Room 301
Texarkana, TX 75501-0000

    No. 22-40728   Torrey v. Infectious Diseases Socty
                    USDC No. 5:17-CV-190

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mr. Alvin Bertram Dunn
    Mr. Daniel Raymond Dutko
    Mr. Aaron D. Lindstrom
    Ms. Kendall Speer