IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 5:17-CV-00190-RWS |

## ORDER

Before the Court is Plaintiff Anais Bowerman's Motion[1] to Release Funds. Docket No. 449. Plaintiff Anais Bowerman was a minor Plaintiff in this case. In her motion, she notifies the Court that she has reached the age of eighteen (18) and verifies her date of birth by submitting documentation and photo identification to the Clerk of the Court. *Id.* Having been considered, the motion to release funds (Docket No. 449) is **GRANTED**. Accordingly, it is

**ORDERED** that the Clerk of the Court shall withdraw from the registry principal plus accrued interest on behalf of Plaintiff Anais Bowerman. The Clerk is directed to release the funds and issue a check payable to Anais Bowerman at her address provided in Docket No. 449.

**So ORDERED and SIGNED this 9th day of February, 2024.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] The motion consists of a form titled "Request to Release Funds" that was filled out by Plaintiff and submitted to the Clerk of Court.