# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| LISA TORREY, *et al.*, § § § § Plaintiffs, § § v. § CIVIL ACTION NO. 5:17-CV-00190-RWS § INFECTIOUS DISEASES SOCIETY OF § AMERICA, *et al.*, § § § Defendants. § | |

## ORDER

The Court recently granted a motion to release settlement funds to Plaintiff Anais Bowerman when she reached the age of eighteen because Plaintiff had been a minor when the settlement agreement in this case was approved. Docket No. 450. Since that motion was granted, it has come to the Court's attention that the funds from the settlement agreement as to the minor Plaintiffs were not deposited into an interest-bearing account within the Registry of the Court. Indeed, Plaintiffs' motions to approve the settlement agreement as to the minor Plaintiffs did not request the funds be placed in an interest-bearing account (*see* Docket Nos. 420, 421, 422, 423, 424)), and thus the Court's order approving the settlement agreement did not direct the Clerk of Court to place the funds in an interest-bearing account within the Registry of the Court (*see* Docket No. 444). While Plaintiff Anais Bowerman's funds have already been ordered to be released (*see* Docket No. 450), the Court is aware of no reason that the remaining funds designated for the remaining minor Plaintiffs (including Em.B. and El.B.) should not be placed in an interest-bearing account. Accordingly, it is

      **ORDERED** that the funds designated for the remaining minor Plaintiffs, including Em.B. and El.B., shall be deposited into the Registry of the Court in an interest-bearing account. It is further

      **ORDERED** that the funds designated for the remaining minor Plaintiffs, including Em.B. and El.B., shall be held in an interest-bearing account until such time as the remaining minor Plaintiffs reach 18 years of age. A separate disbursement order upon the remaining minor Plaintiffs reaching the age of 18 shall not be required.

      The Clerk of Court is directed to make the necessary withdrawals and deposits of funds within the Registry of Court's accounts to comply with this Order.

      **So ORDERED and SIGNED this 14th day of March, 2024.**

*[Signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE